RAHUL RAVIPUDI, ESQ.
Nevada Bar No.
IAN P. SAMSON, ESQ.
Nevada Bar No. 15089
ADAM R. ELLIS, ESQ.
Nevada Bar No. 14514
PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

*Attorneys for NICHOLAS GORMAN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| NICHOLAS GORMAN, an individual and citizen of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY, a Delaware corporation; RHEEM SALES COMPANY, INC., a Delaware corporation; MIDWEST CAN COMPANY, LLC, a Delaware limited liability company; SMITH'S FOOD & DRUG CENTERS, INC., an Ohio corporation; VEGAS INVESTMENT PROPERTIES REALTY GROUP, LL, a Nevada limited liability company; GLENN PLANTONE, an individual and citizen of Nevada; NEVADA SANDCASTLES, LLC, a Nevada limited liability company; DOES 1 through 60, inclusive; and ROE COMPANIES 1 through 60, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01938-RFB-DJA<br><br>**STIPULATION TO EXTEND OPPOSITION DEADLINE FOR MOTION TO DISMISS AND [PROPOSED ORDER]** |

Plaintiff Nicholas Gorman and Defendants Nevada Sandcastles LLC, Vegas Investment Properties Realty Group LLC, and Glenn Plantone ("Landlord Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint in the Eighth Judicial District Court on September 24, 2020;
2. On October 20, 2020, Defendant Rheem Manufacturing Company removed this action to this court on the grounds the Landlord Defendants were not proper defendants;

3. On October 30, 2020, the Landlord Defendants moved to dismiss the causes of action in Plaintiff's complaint against the Landlord Defendants;

4. Plaintiff's opposition to the Landlord Defendants' motion to dismiss is due November 13, 2020;

5. Plaintiff and the Landlord Defendants have entered into a preliminary settlement for claims arising from the incident underlying Plaintiff's complaint;

6. As a result of the preliminary settlement, there does not appear to be any need for the Court to hear the Landlord Defendants' motion to dismiss;

7. The Landlord Defendants anticipate moving for a good faith settlement determination once the settlement is completed; and

8. In light of the preliminary settlement, Plaintiff and the Landlord Defendants have agreed to extend the deadline for Plaintiff's opposition to the Landlord Defendants' motion to dismiss from November 13, 2020 to November 30, 2020 to provide time for completion of the preliminary settlement.

Based on the foregoing, with good cause appearing, Plaintiff and the Landlord Defendants stipulate as follows:

1. The deadline for Plaintiff's opposition to the Landlord Defendants' motion to dismiss is continued from November 13, 2020 to November 30, 2020.

**IT IS SO STIPULATED**.

**DATED** this _____ day of November, 2020.

**PANISH SHEA & BOYLE, LLP**

By: __/s/Adam Ellis_____
RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
IAN P. SAMSON, ESQ.
Nevada Bar No. 15089
ADAM ELLIS, ESQ.
Nevada Bar No. 14514
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**DATED** this _____ day of November, 2020.

**HALL JAFFE & CLAYTON, LLP**

By: _/s/Taylor Anderson_____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
TAYLOR ANDERSON, ESQ.
Nevada Bar No. 15136
7425 Peak Drive
Las Vegas, Nevada 89128

*Attorneys for Defendants Nevada Sandcastles LLC, Vegas Investment Properties Realty Group LLC, and Glenn Plantone*
*Gorman v. Rheem Manufacturing Company, et al.*

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

Case No. 2:20-cv-01938-RFB-DJA

**ORDER**

The Court, having considered the stipulation between Plaintiff and the Landlord Defendants, and with good cause appearing, hereby orders as follows:

1. The deadline for Plaintiff's opposition to the Landlord Defendants' motion to dismiss is continued from November 13, 2020 to November 30, 2020.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of November, 2020.