RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
IAN P. SAMSON, ESQ.
Nevada Bar No. 15089
ADAM R. ELLIS, ESQ.
Nevada Bar No. 14514
**PANISH SHEA & BOYLE LLP**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.560.5520
Facsimile: 702.975.2515

-and-

MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
**HENNESS & HAIGHT INJURY ATTORNEYS**
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.862.8200
Facsimile: 702.862.8204

*Attorneys for NICHOLAS GORMAN*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS GORMAN, an individual and citizen of Nevada, | Case No. 2:20-cv-01938-RFB-DJA |
| Plaintiff, | The Honorable Richard F. Boulware |
| v. | |
| RHEEM MANUFACTURING COMPANY, a Delaware corporation; RHEEM SALES COMPANY, INC., a Delaware corporation; MIDWEST CAN COMPANY, LLC, a Delaware limited liability company; SMITH'S FOOD & DRUG CENTERS, INC., an Ohio corporation; VEGAS INVESTMENT PROPERTIES REALTY GROUP, LLC, a Nevada limited liability company; GLENN PLANTONE, an individual and citizen of Nevada; NEVADA SANDCASTLES, LLC, a Nevada limited liability company; DOES 1 through 60, inclusive; and ROE COMPANIES 1 through 60, inclusive, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

The parties, by and through their undersigned counsel or record, hereby stipulate to dismiss all claims in this case with prejudice, with each party bearing their own attorney's fees and costs.

| | |
|---|---|
| **PANISH SHEA & BOYLE LLP**<br><br>By: _/s/ (signature)_<br>RAHUL RAVIPUDI, ESQ.<br>Nevada Bar No. 14750<br>IAN P. SAMSON, ESQ.<br>Nevada Bar No. 15809<br>ADAM ELLIS, ESQ.<br>Nevada Bar No. 14514<br>JANICE J. PARKER, ESQ.<br>Nevada Bar No. 14102<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>**HENNESS & HAIGHT INJURY ATTORNEYS**<br>MARK G. HENNESS, ESQ.<br>Nevada Bar No. 5842<br>STEPHEN J. MENDENHALL, ESQ.<br>Nevada Bar No. 15286<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Telephone: 702.862.8200<br>Facsimile: 702.862.8204<br>*Attorneys for Plaintiff*<br><br>**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**<br><br>By: _/s/ (signature)_<br>HOWARD J. RUSSELL, ESQ.<br>Nevada Bar No. 8879<br>RYAN S. SALDANA, ESQ.<br>Nevada Bar No. 14946<br>6385 S. Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br><br>**McCOY LEAVITT LASKEY LLC**<br>LAURENCE LEAVITT, ESQ.<br>*admitted pro hac vice*<br>202 US Route 1, Suite 200<br>Falmouth, ME 04105<br>*Attorneys for Defendant Midwest Can Company, LLC* | **FRILOT LLC**<br><br>By: _/s/ David A. Olson_<br>DAVID A. OLSON, ESQ.<br>KELSEY A. EAGAN, ESQ.<br>*admitted pro hac vice*<br>1100 Poydras St., Ste. 3800<br>New Orleans, LA 70163<br><br>**CLARK HILL PLLC**<br>JEREMY J. THOMPSON<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>*Attorneys for Defendants Rheem Manufacturing Company and Rheem Sales Company, Inc.*<br><br>**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**<br><br>By: _/s/ Aileen E. Cohen_<br>BRIAN K. TERRY, ESQ.<br>Nevada Bar No. 3171<br>AILEEN E. COHEN, ESQ.<br>Nevada Bar No. 5263<br>PO Box 2070<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89125<br>*Attorneys for Defendant Smith's Food and Drug Centers, Inc.* |

## ORDER

Pursuant to the stipulation of the parties, the Court hereby ORDERS this case be dismissed with prejudice, each party to bear their own attorney's fees and costs.



_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 7th day of December, 2021.